**United States Bankruptcy Court**
District of Massachusetts

In re  Richard R Rada                                              Case No. _____
                                    Debtor(s)                      Chapter   11

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: November 4, 2010                    /s/ Richard R Rada
                                          Richard R Rada
                                          Signature of Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Commonwealth of Massachusetts
Department of Revenue
P.O. Box 7010
Boston, MA 02204

Direct Loan
Borrower Services Dept
P.O. Box 5609
Greenville, TX 75403

First Horizon Home Loans
4000 Horizon Way
Suite 100
Irving, TX 75063

Granite State Development Corporation
PO Box 1491
Portsmouth, NH 03802

Indymac Mortgage Services
P.O. Box 78826
Phoenix, AZ 85062

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Office of US Attorney
100 Middle St., Suite 6
East Tower, 6th Floor
Portland, ME 04101-4182

USAA Credit Card Payment
10750 McDermott FWY
San Antonio, TX 78288-0570

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288